ROY MITCHELL v. THE STATE.

No. 7819.   Decided October 3, 1923.

Murder—Death—Penalty—Abatement.

> Where, upon appeal from a conviction of murder assessing the death penalty, it was made known to the court that appellant had been executed on a similar charge and judgment of the court, the appeal is hereby abated.

Appeal from the District Court of McLennan. Tried below before the Honorable Richard I. Munroe.

Appeal from a conviction of murder; penalty, death.

In a similar appeal a judgment assessing the death penalty was affirmed, and on July 13, 1923, appellant was legally executed at Waco, Texas, and this cause, together with other similar causes, to-wit: No. 7816, 7818 and 7820, are also this day dismissed.

No brief on file for appellant.

*R. G. Storey,* Assistant Attorney General, for the State.

HAWKINS, JUDGE.—Under indictment charging the murder of Harold Bolton appellant was convicted and the death penalty assessed. He was also convicted of the murder of another person in the same court, and the death penalty assessed. The judgment in that case was affirmed on appeal. (Mitchell v. State, 252 S. W. Rep., 1117).

On July 30th, 1923, appellant was executed at Waco. His death makes the abatement of the appeal in the instant case the proper order, and abatement thereof is directed.

*Abated.*